```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    Miguel Zepeda-Lopez
 6

 7                IN THE UNITED STATES DISTRICT COURT

 8               FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,      ) No. 2:08-CR-00417 MCE
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER WAIVING
13       v.                        ) INTERPRETER FOR STATUS
                                   ) CONFERENCE, AND EXCLUDING TIME
14  MIGUEL ZEPEDA-LOPEZ,           )
    FERNANDO MURGUIA-OCHOA         )
15              Defendant.         ) Date:  June 25, 2009
                                   ) Time:  9:00 a.m.
16  _____) Judge: Hon. England

17

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.

20  Santos, Counsel for Defendant MIGUEL ZEPEDA-LOPEZ, and Attorney Danny

21  Brace, Counsel for Defendant FERNANDO MURGIA-OCHOA, that the presence

22  of the Spanish language interpreter was waived for the status

23  conference scheduled for May 13, 2009.  Both Mr. Zepeda-Lopez and Mr.

24  Murgia-Ochoa were advised of the next status conference and both agreed

25  to waive time until that date, through Counsel, Dina L. Santos, who

26  communicated this information in the Spanish language.  The matter was

27  continued to this Court's criminal calendar on June 25, 2009 at 9:00

28  a.m, for a further status conference.
```

This continuance is requested by the defense for client consultation, investigation and negotiations between the prosecution and defense regarding settlement. All counsel therefore seek additional necessary preparation time.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that Ms. Santos, Mr. Brace and Mr. Hitt have conferred about this request, that they have agreed to the June 25, 2009, date, and that Mr. Hitt and Mr. Brace and have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 13, 2009 | /S/ Dina L. Santos<br>DINA L. SANTOS<br>Attorney for Defendant<br>MIGUEL ZEPEDA-LOPEZ |
| Dated: May 13, 2009 | /S/ Danny Brace<br>DANNY BRACE<br>Attorney for Defendant<br>FERNANDO MURGUIA-OCHOA |
| Dated: May 13, 2009 | /S/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE